# EXHIBIT C

**Declaration of Christina Baugh**

I, Christina Baugh, pursuant to 28 USC § 1746, hereby declare as follows:

1. I am counsel of record for GOLO, LLC ("GOLO") in the case styled *GOLO, LLC v. Goli Nutrition, Inc., et al.,* pending in the United States District Court for the District of Delaware, C.A. No. 20-667-RGA (the "Delaware Action"). In that role, I have participated in discussions with counsel for third-party Alexander Rodriguez regarding two subpoenas served on him in the Delaware Action.

2. On October 11, 2022, I reached out to counsel for Mr. Rodriguez, David Koche, Esq., to see if he would accept service on behalf of Mr. Rodriguez. On October 13, 2022, after I followed up, Mr. Koche agreed to accept service. Attached hereto as Exhibit 1 is a true and correct copy of my email communication with David Koche, Esq.

3. On October 26, 2022, Benjamin Levine, Esq., reached out to me as counsel for Mr. Rodriguez and asked to set a time for us to connect. After exchanging emails to schedule a time, we had a telephone conference on November 2, 2022 at 4:00 pm, in which counsel for Mr. Rodriguez expressed concerns with the Subpoenas. As promised in follow up, I sent counsel an email on November 8, 2022 offering to narrow the scope of the subpoena for documents to address Mr. Rodriguez's concerns relating to burden, particularly relating to documents in Goli's possession or in the public realm. A true and correct copy of the email communication is attached hereto as Exhibit 2.

4. On November 10, 2022, counsel for Mr. Rodriguez responded and set forth objections in writing for the first time. A true and correct copy of the correspondence is attached hereto as Exhibit 3.

1

5. Mr. Rodriguez has not produced any documents in response to the subpoena for documents and has not sat for his deposition.

I, Christina Baugh, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 1st day of December, 2022.

_____
Christina Baugh